UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SCOTT ALAN COLLINS,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

Case No. 2:18-CV-53

Hon. Gordon J. Quist

## ORDER APPROVING AND
## ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Maarten Vermaat in this action on August 30, 2019, recommending that the decision of the Commissioner be affirmed. The Report and Recommendation was duly served on Plaintiff on September 3, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation, filed August 30, 2019 (ECF No. 18), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **affirmed**.

A separate judgment will enter.

This case is **concluded**.

Dated: September 24, 2019                               /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE